January 04, 2008

Mr. Charles Black McFarland
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Mr. Walter C. Brocato
Office of the Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 07-0681
 Court of Appeals Number: 11-05-00064-CV
 Trial Court Number: 2002-22,286

Style: JOHN S. BEESON, TRUSTEE, JOHN BEESON, AND PAUL SIROTA
 v.
 STATE OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas granted the Joint Motion to Abate
Case Pending Completion of the Parties' Proposed Settlement and issued the
enclosed abatement order in the above-referenced case. The case is removed
from the Court's active docket until further order of this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Sherry |
| |Williamson |
| |Ms. Theresa Chang |